IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:18 CR 86 |
| Plaintiff | : | |
| vs. | : | ORDER |
| EVELIO SANCHEZ-GONZALEZ, | : | |
| Defendant. | : | |

The United States has filed a motion to dismiss the Superseding Indictment. For good cause shown, the Court hereby orders that the Superseding Indictment be dismissed without prejudice.

_____
Honorable Thomas M. Rose
United States District Court Judge